Motion GRANTED to limit of 30 pages.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE; JOHN and MARY DOE, Parents and Legal Guardians of the Minor Child, JUNE DOE; and JOHN and MARY DOE, Parents and Legal Guardians of the Minor Child, SALLY DOE, | ) ) ) ) ) ) |
| Plaintiffs, | ) JURY DEMAND ) |
| v. | ) Case No. 3:13-cv-00328 ) |
| RUTHERFORD COUNTY, TENNESSEE, BOARD OF EDUCATION, | ) JUDGE ALETA TRAUGER ) ) |
| Defendant. | ) MAGISTRATE JUDGE JOHN ) S. BRYANT |

**DEFENDANT'S MOTION FOR PERMISSION TO EXCEED PAGE LIMITATION ON MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Comes Defendant Rutherford County Board of Education, by and through counsel, and moves this court for an order allowing it to file a memorandum of law in support of a motion for summary judgment which exceeds twenty (20) pages in number. In support of its motion, Defendant states as follows:

The initial case management order provides in pertinent part that briefs in dispositive motions shall not exceed twenty (20) pages. (Doc. 27, ¶ K). While preparing a memorandum of law in support of a motion for summary judgment, Defendant's attorney has determined that the memorandum will necessarily have to exceed 20 pages. The primary reason for this is the need to provide guidance to the court through a summary of relatively extensive facts and the need to make slightly different factual and legal arguments regarding the claims of three different Defendants.

Although Defendant's attorney is unable to estimate with any accuracy the number

N:\Docs\006408\000110\03313879.DOC