UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, JOHN and MARY DOE, Parents And Legal Guardians of the Minor Child, JUNE DOE; JOHN and MARY DOE, Parents and Legal Guardians of the Minor Child, SALLY DOE, | ) ) ) ) ) ) |
| Plaintiff, | ) Case No. 3:13-cv-00328 |
| | ) Judge Aleta A. Trauger |
| v. | ) ) |
| RUTHERFORD COUNTY, TENNESSEE, BOARD OF EDUCATION, | ) ) ) |
| Defendants, | ) ) |

## ORDER

On June 29, 2014, the defendants filed a Statement of Material Facts in support of their Motion for Summary Judgment (Docket No. 79) (filed under seal), to which the plaintiffs filed a Response on July 21, 2014 (Docket No. 99) (filed under seal). The defendants have filed a Motion to Strike the plaintiffs' Response (Docket No. 103), in which they argue that the plaintiffs' Response does not comply with Local Rule 56.01. They request that the court strike the Response or, in the alternative, recommend that the court "carefully review all of Plaintiffs' responses and citations" to confirm whether the stated facts are actually in dispute. Having reviewed the plaintiffs' Response, the court will adopt the latter approach, which it typically undertakes in any case. Subject to that clarification, the defendant's Motion to Strike (Docket No. 103) is hereby **DENIED**.

1

The defendants have also filed a Motion for Extension of Time to File a Response to the Plaintiffs' Statements of Facts. (Docket No. 105.) That motion, which requests an extension to August 8, 2014, is hereby **GRANTED**.

On a separate note, the affidavit filed under seal at Docket No. 84 purports to attach an "Exhibit 1," but no exhibit is attached. The defendants should file a corrected affidavit as soon as practicable, and in any event no later than August 8, 2014.

Finally, as a housekeeping matter, the defendants' Motion to Ascertain Status of Ruling on Plaintiff's Motion to Quash (Docket No. 62) is hereby **DENIED AS MOOT**. The docket reflects that Magistrate Judge denied the Motion to Quash on April 24, 2014 (Docket No. 72), thereby mooting the Motion to Ascertain Status.

It is so **ORDERED**

Enter this 5th day of August 2014.

_____
ALETA A. TRAUGER
United States District Judge